ANDREW HOOD and HENRY HOOD, *Respondents, v.* FREDERICK HOOD and others, *Appellants.* — Judgment affirmed, with costs.

ANNA T. SINCLAIRE, *Respondent, v.* JOHN WOOD, *Appellant.* — Judgment reversed, and new trial granted, costs to abide event. Opinion by BARNARD, P. J.

HUGH STAPLETON, *Respondent, v.* JOHN F. MEYER, *Appellant.* — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by GILBERT, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JOSHUA B. BUNCE *v.* J. BUELL RANDALL and others, *as Commissioners of Highways, etc.,* and others. — Order of commissioners reversed, with costs. Opinion by BARNARD, P. J.

STEPHEN CHISHOLM, *Administrator, etc., Appellant, v.* JAMES HOGAN and JOHN HOGAN, *Respondents.*— Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.

GEORGE W. MOORE, *Respondent, v.* JOHN J. BETZ, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.

NICHOLAS C. GREGOOR, *Respondent, v.* EUGENE BORDA, *Appellant.*— Judgment and order denying new trial affirmed, with costs. Opinion by GILBERT, J.

WILLIAM H. H. CHILDS, *Respondent, v.* WARREN CHEMICAL AND MANUFACTURING COMPANY, *Appellants.* — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by BARNARD, P. J.

ELBERT A. FARRAR, *Plaintiff, v.* ALEXANDER McCUE, *Defendant.*— Judgment for defendant upon submitted case, with costs. Opinion by BARNARD, P. J.

MARTHA CURRAN, *Administratrix,* and another, *Appellants, v.* JOHN McGINN and another, *Respondents.*—Judgment reversed, and new trial granted, costs to abide event. Reference vacated. Opinion by DYKMAN, J.

MARGARET J. KENNEY, *as Administratrix, etc., Appellant, v.* THE NEW YORK AND MANHATTAN BEACH RAILWAY COMPANY, *Respondent.*— Exceptions overruled and judgment affirmed, with costs. Opinion by BARNARD, P. J.

BENJAMIN T. ROBBINS, *Respondent, v.* JESSE CARLL, *Appellant.*— Judgment affirmed, with costs. Opinion by GILBERT, J.

WILLIAM A. BREED, *Respondent, v.* MARTIN H. BIRGE and others, *Appellants.*— Judgment affirmed, with costs. Opinion by DYKMAN, J.

LAURA A. HOOPER, *Appellant, v.* ALICE HAWKINS, *as Executrix, etc., Respondent, Impleaded, etc.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.